Opinion filed August 3, 2006 















 
 
  
 
 







 
 
  
 
 




Opinion filed August 3, 2006 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00096-CV 

 

                                                    __________

 

                  LARRY
KETON AND BETTY LOU KETON,
Appellants

                                                             V.

       TERANCE
CORLEY AND STEPHANIE NICOLE CORLEY, Appellees

 



 

                                           On
Appeal from the 1st District Court

                                                          Sabine
 County, Texas

                                                   Trial
Court Cause No. 11,792

 



 

                                              M
E M O R A N D U M   O P I N I O N

Appellants= brief was originally due to be filed in
this court on or before May 24, 2006. 
Appellants filed one motion for extension of time that was granted until
June 23, 2006.  On July 13, 2006, the
clerk of this court wrote the parties advising them that appellants= brief was past due and that failure to
file the brief by July 28, 2006, could result in the dismissal of the appeal.
There has been no response to the July 13 letter.

Therefore,
the appeal is dismissed for want of prosecution.

 

August 3, 2006                                                                                     PER CURIAM

Panel
consists of:  Wright, C.J., and

McCall, J., and Strange, J.